## Commonwealth ex rel. Rockwell, Appellant, *v.* Maroney.

Submitted April 11, 1966.
*Elmer A. Rockwell* appellant; in propria persona; *Richard D. Cicchetti,* Assistant District Attorney, and *John R. Hoye,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth ex rel. Sheetz, Appellant, *v.* Maroney.

Submitted April 11, 1966. *Joseph M. Stanichak,* for appellant; *Edward J. Tocci,* Assistant District Attorney, and *Robert J. Masters,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Thompson, Appellant, *v.* Duggan.

Submitted April 11, 1966. *Nathaniel Thompson,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.